HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN R WILSON,<br><br>              Plaintiff,<br><br>  v.<br>QUALITY LOAN SERVICE CORP<br>OF WASHINGTON, et al.,<br><br>              Defendants. | CASE NO. C17-1389 RAJ<br><br>ORDER |

This matter comes before the Court on Defendants' motion to dismiss. Dkt. # 13. Plaintiff did not oppose the motion. The Court considers this to be "an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2). Accordingly, the Court GRANTS the motion.

Dated this 19th day of June, 2018.

*/s/ Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER- 1